A

O2CV884 AVC
PART I

# DEPARTMENT OF CORRECTION DISCIPLINE ROUTING SLIP

**Employee:** Matthew Richards    **Title:** Correction Officer    **Facility/Unit:** Willard/Cybulski CI

**Incident Date:** 4/15/02                    **Pre-Disciplinary/Loudermill Date:** 7/30/02

**Charge:** Unprofessional Conduct

**Labor Relations Summary:**

On April 5, 2002, Lt. Murry requested an incident report from Officer Richards as Officer Richards was late to his post in Cybulski.  Officer Richards had reported for roll call in Willard.  Apparently, there was confusion about using personal vehicles to travel between buildings.

Officer Richards became upset and stated he couldn't do an incident report and wanted medical attention.  Officer Richards then was told to go to the Warden at the Willard/Cybulski building.  Officer Richards stated he was sick, upset at being denied immediate medical attention and being directed to see Warden prior to receiving medical attention.  Upon arrival at Willard/Cybulski building, Officer Richards stated he wanted a union steward and went into the lobby bathroom.  Major Bradnan went to the lobby bathroom apparently concerned about Officer Richards and tried to get Officer Richards to the admin. bathroom.  According to witnesses, Officer Richards then yelled profanities at Bradnan and approached Bradnan with a pen. The Warden, hearing the commotion, approached and Officer Richards told him that all he wanted was medical attention.  The Warden arranged for a medic and told Richards to "stop acting like a big baby."

Officer Richards was sent with a union steward to Johnson Medical.  A fitness for duty exam was later provided, which he passed and he was referred to EAP.

Recommendation:  Written reprimand for unprofessional conduct.  The action may warrant more severe discipline but because of the outbursts and sickness symptoms, mitigation would be considered.  Recommend that Officer Richards be administratively transferred to Enfield CI where he is presently assigned as interactions with supervisory staff at Willard/Cybulski CI may be problematic.

Unit Head_____Date_____

Discipline Recommended/Comments:_____

**Disciplinary Review Board Recommendation**_____Date __8/14/2__

_Concur with Written Reprimand. C/O not acting appropriately but appeared ill which_

**Correctional Personnel Director**_____WR cp Richards____Date _8-20-02_

Discipline Recommended/Comments:_____Informal Counsel Warden Major for 'alternatives to deescalate situation



# CONNECTICUT DEPARTMENT OF CORRECTION

### WILLARD-CYBULSKI CORRECTIONAL INSTITUTION
391 Shaker Road    Enfield, Connecticut 06082

Dennis Jones
Warden
September 17. 2002

TEL: 860-763-6110 / 6112
FAX: 860-763-6111

C/O Matthew Richards
483 Remington Street
Suffield, CT 06078

#7000 0600 0025 1303209
Certified & Regular

Dear Officer Richards:

This is notification that you are being disciplined for just cause with a **Written Reprimand** for Unprofessional Conduct.

On April 5, 2001, you were involved in a situation where you were extremely agitated in the lobby bathroom of Willard-Cybulski CI. When approached by Major Bradnan, concerned about your condition, and attempting to get you to the privacy of the administrative bathroom, you yelled profanities at him in the presence of other staff. Subsequently, the Warden intervened and a medic was summoned and you were taken to a local hospital for medical attention.

Your conduct can not be condoned or tolerated. Should there be a recurrence of such conduct you would be subject to more severe disciplinary action.

You have the right to appeal this disciplinary action to the Director of Personnel and Labor Relations within fifteen (15) days of this letter in accordance with your collective bargaining agreement.

Sincerely,

Dennis Jones
Warden

DJ:pm
xc    Major Cuscovitch
       Major Bradnan
       Mike Bard, Human Resources
       Pamela Kowar, Human Resources
       Manny Jamchill, Labor Relations
       Employee file

## RECEIVED
SEP 1 7 2002
LABOR RELATIONS UNIT

$\mathcal{B}$

**Deputy Commissioner of Programs/Staff Development** _Jack Long_ **Date** _8/27/0~_

Discipline Recommended/Comments: _W/Rep for C/o Richards_

☐ **Deputy Commissioner of Operations**_____ **Date**_____

Discipline Recommended/Comments:_____

☐ **Deputy Commissioner of Field/Security Operations** _Den C.G_ **Date** _08/22/02_

Discipline Recommended/Comments: _Rec. Suspension for C/o Richard_
_Un Professional Conduct_

☐ **Deputy Commissioner of Support Services**_____ **Date**_____

Discipline Recommended/Comments:_____

☑ **Commissioner**_____ **Date** _9/4/02_

Discipline Recommended/Comments: _PROCEDE w/WR - RICHARDS +_
_COUNSEL WARDEN/MAJOR AS RECOMMENDED BY V. ARPA_

**Employee:** Matthew Richards                    **Title:** Correction Officer

**Facility/Unit:** Willard/Cybulski CI            **Incident Date:** 4/15/02

**Return to Correctional Personnel Director for Final Action and Closure**_____

_____ **Date**_____

**Revised: 6/21/01**

## CENTRAL INTELLIGENCE ROUTING FORM.

C.I.U. Case #    02-04-203

Submitted By   Captain Stuart Mendelson

Date Investigation Opened:      April 12, 2002

Date Investigation Submitted:   June 5, 2002

**I.    DIRECTOR OF INTELLIGENCE**

_____
Signature

Date In: _____

Date Out: _____

Recommendations/Comments   Reviewed. To be routed as appropriate

**DIRECTOR OF SECURITY**

_____
Signature

Date In: _____

Date Out: _____

Recommendations/Comments

**LEAD WARDEN / WARDEN**

_____
Signature    Warden

Date In: _6/10/02_

Date Out: _6/10/02_

Recommendations/Comments   Reviewed. Excellent Job!

**DIRECTOR OF HUMAN RESOURCES**

_____
Signature

Date In: _6-25-02_

Date Out: _____

Recommendations/Comments   Condemn C/O Richards for suspension for unprofessional Conduct – He was on his knees at the time of the alleged assault and could not reasonably have been a threat of physical harm, therefore dismissal is not appropriate – warden and major should discuss alternatives to deescalate situations –
Mr. Richards was on AL 4/10/02 – 5/16/02 and was reassigned subsequently. Reassignment should be part of resolution

8/30/02 w/R C/O Richards
Informal Counsel warden & major re: alternatives

C.I.U Case #    C.I.U- 02-04-203

## V.    DEPUTY COMMISSIONER OF SUPPORT SERVICES

_____          Date In:    _____
              Signature
                                         Date Out:   _____

Recommendations/Comments   _____

_____

_____

_____

## VI.   DEPUTY COMMISSIONER OF PROGRAMS

_____          Date In:    7/3/02
              Signature
                                         Date Out:
Recommendations/Comments   _Londerwill Run c/o Richams S_

_____

_____

## VII.  DEPUTY COMMISSIONER OF FIELD AND SECURITY OPERATIONS

_____          Date In:    06/28/01
              Signature
                                         Date Out:   6/02/02
Recommendations/Comments   _Forward for Lombard_

_____

_____

## VIII.  DEPUTY COMMISSIONER OF OPERATIONS

_____          Date In:    7/9/00
              Signature
                                         Date Out:   7/9/00
Recommendations/Comments   _Reviei for Lovolinill_

_____

_____

## IX.   COMMISSIONER

_____          Date In:    9/4/02
              Signature
                                         Date Out:   9/4/02
Disposition   _Prorbob w/ Recommendations_

_____

_____





**WILLARD-CYBULSKI CORRECTIONAL INSTITUTION**
391 Shaker Road
Enfield, CT 06082

## <u>Memo</u>

To:        Larry Myers, Lead Warden
From:      Nelvin A. Levester, Warden
CC:        Director Huckabey

           Personnel Officer Kowar

Date:      April 8, 2002
Re:        Incident Report #0204016 - C.O. Matthew Richards

Stemming from the incident that occurred on April 5, 2002, I am submitting a copy of an incident report in which Correction Officer Matthew Richards demonstrated possible workplace violence, inappropriate behavior and insubordination.

Initially, I was going to have an internal investigation conducted, but it has been brought to my attention by Clint White, Union Steward, that Mr. Richards is requesting that an investigation be conducted pursuant to Major Bradnan and my interaction with him on the day in question. Based on these and future allegations, I suggest that a Security Division investigation be conducted, which would, in turn, remove the facility staff from detailing what transpired during this incident.

I have taken the liberty of forwarding a copy of this incident report to the facility's Human Resource Officer, Pamela Kowar and a copy to Director Huckabey's division for appropriate action. I have also asked Ms. Kowar to look into the possibilities of keeping Mr. Richards out of the facility until which time the investigation is completed.

My opinion is that Mr. Richards' behavior is such that it threatened the security of staff assigned. Also, his comfort level regarding this administration's ability to be objective is in question.

If you would like for me to pursue a different avenue, please advise.

NAL/scg

Enclosure

CC: Milton Drabik

E

☒ Individual
☒ Summary

# Incident Report - Page 1 of 4

### Connecticut Department of Correction

| Unit WILLARD-CYBULSKI C.I. WILLARD BUILDING | Report No. | Report Date APRIL 16, 2002 |
|---|---|---|
| Prepared By Phil KLEIN | Title C/O | Signature P. Klein |

| Incident Class 1☐ 1A☐ 2☐ 3☐ | Type " " | Time 8:15 ☒ A.M. ☐ P.M. Date 4/5/02 |

On the morning of April 5, 2002, I was told to report to the Cybulski Building to pick-up Correctional Officer MATT Richards and Escort him back to the Willard Building. At approximately 8:15 AM I picked-up C/O Richards (who appeared to be quite upset) from the front of the Cybulski Building. Lieutenant Murrey, whom had escorted C/O Richards out, informed me to take C/O Richards to See the warden.

Upon arrival at the Willard Building, Captain Torres was standing in front of the building waiting to escort C/O Richards in to see the warden. I went to park the vehicle, when I entered the Willard Building Captain Torres approached me and informed me that C/O Richards had requested to have a Union Steward with him before he spoke to anyone. Captain Torres told me there were no stewards available and asked if I would be willing to go in with C/O Richards to see the warden. I told Captain Torres that I would go in provided that was acceptable to C/O Richards. Captain Torres told me that Richards was sick and he was in the men's bathroom in the Lobby. I went into the men's room to check on Richards and ask if he would speak to the warden if I went with him. C/O Richards was insistent that a Union Steward be present.

# Incident Report - Page 2 of 7

### Connecticut Department of Correction

| Unit   WILLARD-CYBULSKI C.I.   WILLARD BUILDING | Report No. | Report Date APRIL 16, 2002 |
|---|---|---|
| Prepared By   P. Klein | Title   C/O | Signature   P. Klein |

| Incident Class  1☐ 1A☐ 2☐ 3☐ | Type   " " | Time  8:15  ☒ A.M. ☐ P.M.   Date 4/5/02 |

I returned to the Lobby to inform the Captain that Richards wanted a steward.   Warden Levester came out to the Lobby at this time and asked where Richards was.   I told Warden Levester that C/O Richards was sick and he was in the mens room and he would be a few minutes.   Warden Levester said OK and returned to his office.

About two minutes later Major Bradnan came storming out of the administrative area, throwing the door wide-open and yelling, "Where is he?"   Assuming that he was referring to C/O Richards, I responded that C/O Richards was in the mens room and that he was sick and would be out in a couple of minutes.   Major Bradnan then yelled "Let's get him out here Now!"   He looked at me when he said this and then he looked at Captain Torres. When neither of us responded to his statement, the major then crossed the Lobby, and started pounding, with his Fist, on the mens room door.

☒ Individual
☒ Summary

# Incident Report - Page 3 OF 4
## Connecticut Department of Correction

| Unit WILLARD-CYBULSKI C.I. WILLARD BUILDING | Report No. | Report Date APRIL 16, 2002 |
|---|---|---|
| Prepared By Paul Klein | Title C/O | Signature P. Klein |
| Incident Class 1☐ 1A☐ 2☐ 3☐ | Type " " | Time 8:15  ☒ A.M.  ☐ P.M.  Date 4/5/02 |

MAJOR Bradnan was yelling at Richards through the door, telling/ordering Richards to get his ass out of the bathroom right Now Richards responded with he was sick and would be out in a minute. AT that point major Bradnan grabbed the door knob and flung the door open, threw one of the small couches in the Lobby in front of the door, to peg it open, thus exposing (To everyone in the area) c/o Richards on his knees, leaning over the toilet bowl The MAJOR then stood in the doorway with his hands on his hips, giving c/o Richards direct orders to come out of the mens room. Bradnan showed no concern for c/o Richards health and he didn't offer any assistence. In response to major Bradnans' aggressive behavior, c/o Richards crawled across the bathroom floor on his knees to confront the majors advances into the bathroom, at this time c/o Richards began yelling back at major Bradnan.

Warden Levester must have heard the screaming down in his office and he came out to the Lobby, yelling for all staff in the area to write down what they saw and heard. The warden then confronted c/o Richards, telling Richards that he (the warden) would not tolerate insubordination toward his Supervisory STAFF.

☒ Individual
☒ Summary

# Incident Report - Pag __4 of 4__

### Connecticut Department of Correction

| Unit | WILLARD-CYBULSKI C.I. WILLARD BUILDING | Report No. | | Report Date APRIL 16, 2002 |
|---|---|---|---|---|
| Prepared By Paul Klein | | Title C/O | | Signature |
| Incident Class 1☐ 1A☐ 2☐ 3☐ | | Type " " | Time 815 ☒ A.M. ☐ P.M. | Date 4/5/02 |

Warden Levester then referred to C/O Richards, several times, as a "Big Baby" and then told Richards to leave the Building and not to return until further notice. The Warden then told me to take C/O Richards to Johnson Memorial Hospital to be checked out.

This entire incident escalated from Lieutenant Murray's (scheduling Lt.) phone call to the muster room at Willard (where he had scheduled C/O Richards to report), to tell Richards to report to the Cybulski Building. Officer Richards responded to the telephone call by saying that he would be over to Cybulski as soon as the transport officer could pick him up. ALL STAFF in the muster room at Willard for roll call were witness to this.

Prior to April 5, 2002 the unit Policy was: Once a staff member reported to his "Scheduled" facility any movement between buildings was to be by the transport officer, use of private vehicles was prohibited. This Policy was common knowledge to all staff (C/O's, counselors etc.). Only a Few supervisors claim that they didn't know of this Policy. The Warden said he was going to change that Policy on the day of the incident.

F



**WILLARD-CYBULSKI
CORRECTIONAL
INSTITUTION
391 Shaker Road
Enfield, CT 06082**

## <u>Memo</u>

| | |
|---|---|
| *To:* | *Control Centers* |
| *From:* | *Nelvin A. Levester, Warden* |
| *CC:* | *N/A* |
| *Date:* | *April 10, 2002* |
| *Re:* | *Correction Officer Matthew Richards* |

*Please be advised that Correction Officer Matthew Richards is not allowed into this facility until further notice.*

*NAL/scg*



| FACILITY wil/cyb | PREVIOUSLY INTERVIEWED YES [ ]  NO [ ] | SUPPLEMENTARY | STATEMENT TAKEN YES [ ]  NO [ ] |
|---|---|---|---|

NATURE OF COMPLAINT    CIV-02-04-203

| STATUS | LAST NAME Bradnar | FIRST NAME Paul | M.I. | SEX | RACE | DOB | AGE |
|---|---|---|---|---|---|---|---|

| DO/ADMIT | | CHARGES | ID # |
|---|---|---|---|

OCCUPATION IF STAFF INVOLVED    MAjor       ADDRESS                    ZIP

The following statement is made voluntarily without threat or promise of any benefit to me. I have submitted and read this statement and it is true to the best of my knowledge.

_Paul Bradnar_
Signature                                        5-21-02
                                                 Date

INVESTIGATOR  Capt. S. Mendelson       SUPERVISOR          TIME 1:15pm    DATE 5/21/02

REPORT

On 4/5/02 while speaking with C/O Richards in the lobby bathroom, I never demanded C/O Richards to get up and out of the bathroom, I asked him once or twice if he could get up and he told me he was sick. I encouraged him to get up and go into the Admin. Bathroom. I never used any profanity towards C/O Richards at any time nor raise my voice at him. PB

| INVESTIGATOR'S SIGNATURE | SUPERVISOR'S SIGNATURE Paul Bradnar | PAGE OF PAGES 1 of 1 | DATE 5/21/02 |
|---|---|---|---|

☒ Individual
☐ Summary

# Incident Report - Page  5
### Connecticut Department of Correction

| Unit | WILLARD-CYBULSKI C.I.<br>WILLARD BUILDING | Report No. | 0204016 | Report Date | 4-8-02 |
|---|---|---|---|---|---|
| Prepared By | Geraldo Torres | Title | CAPTAIN | Signature | Capt. H. Torres |

| Incident Class | 1☐ 1A☐ 2☐ 3☒ | Type | "I" | Time | 8:00 | ☒ A.M.<br>☐ P.M. | Date | 4-5-02 |

On April 5, 2002, I was in the Lieutenant's Office when Warden Levester ordered Officer Richards to report to his office. Officer Richards was trying to leave the facility claiming that he was sick. Warden Levester had Major Bradnan and Lieutenant Jackson call the Cybulski Building and have the Lieutenants order Officer Richards to go to Warden Levester's Office. A while later, I was in the Administrative Area when Officer Richards came into the parking lot. Warden Levester told me to go get Officer Richards and escort him to his office. I went to the front of the Willard Building and when Officer Richards and Officer Klein came into the building, Officer Richards went into the public bathroom and closed the door. He said he was sick. A while later, Major Bradnan came from the Administrative Area and entered the lobby. He asked me where was Officer Richards. I told him that Officer Richards was in the bathroom and that he was sick. Major Bradnan walked over to the bathroom and knocked on the door. Major Bradnan asked Officer Richards if he was all right. I couldn't hear if Officer Richards answered him. Major Bradnan asked Officer Richards again if he was all right and then Major Bradnan opened the bathroom door. Major Bradnan talked to Officer Richards and asked him to come into the Administrative Area. Officer Richards just told Major Bradnan that he was sick. Major Bradnan came over to me and asked me if I thought we should call our medics. I told him yes and he walked back to the bathroom. When Major Bradnan got back to the bathroom, Officer Richards started to scream at him. It was unprovoked and hostile. Major Bradnan stood at the bathroom door and Officer Richards screamed at him calling him a fucking asshole, and telling him that he didn't care. Officer Richards was screaming so loud that staff was gathering on the other side of the Control Center to watch. Warden Levester and the secretaries in the Administrative Area also heard Officer Richards. Warden Levester came out to the lobby and walked up to Major Bradnan. Both Major Bradnan and Warden Levester stood in front of the bathroom and Warden Levester told the Control Center to call an ambulance for Officer Richards. One minute later Officer Richards stood up, and walked out of the front lobby, and into a state vehicle escorted by Officer Klein in route to get medical attention.

Cn6601
3-8-96

 x

## Incident Report----Page ___7___
### Connecticut Department Of Correction

| Unit  Willard Cybulski C.I.  Willard Bldg | Report No. 0204016 | Report Date 4/5/02 |
|---|---|---|
| Prepared By William PRUYNE | Title RN/CHN | Date 4/5/02 |
| Incident Class ☐1 ☐1a ☐2 ☒3 | Type I | Time 850 ☒am ☐pm |

AT APPROXIMATELY 8:30 AM I WAS CALLED TO THE
LOBBY for MEDICAL CARE. I ARRIVED TO find OFFICER
RICHARDS SITTING ON THE FLOOR IN THE LOBBY RESTROOM.
HE APPEARED TO BE IN ACUTE EMOTIONAL DISTRESS. HE
WAS SHAKING, AND APPEARED TO BE SWEATING (DIAPHORETIC).
WHEN ASKED WHAT WAS WRONG HE TOLD ME HE WAS
SICK, STRESSED OUT, AND THOUGHT HE WAS GOING TO THROW-
UP. HE BECAME EXTREMELY ANXIOUS AND AGGITATED.
BEGAN YELLING AT OTHER STAFF, APPARENTLY ATTEMPTING
TO DEFEND HIMSELF AND HIS ANXIETY LEVEL APPEARED TO
PEAK. HE THEN COLLAPSED BACK ONTO THE FLOOR, STATING
HIS NEED for IMMEDIATE MEDICAL TREATMENT AT
WHATEVER MEDICAL facility WAS AVAILABLE. HE finally
aGREED TO BE TRANSPORTED BY OTHER CORRECTIONAL STAFF
AND Left the facility WITH THE ASSISTANCE OF ANOTHER
CORRECTIONAL OFFICER. END of STATEMENT. NOTHING Follows



# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

*IR# 0204016*

| | |
|---|---|
| Facility WILLARD-CYBULSKI C.I. — WILLARD BUILDING | Report date 4/5/02 |
| Inmate name N/A | Time 830 ☑ a.m. ☐ p.m. |
| Staff name C.O. RICHARDS, M | I.D. no. |

| Incident report submitted | ☐ Yes | ☐ No | Number | Date |
|---|---|---|---|---|

**Treatment location:** BUILDING LOBBY / RESTROOM

**Injury description (must be completed if no other report):**
OFFICER ON FLOOR IN RESTROOM
SHAKING & SWEATING
COMPLAINING OF NAUSEA, ILLNESS, & BEING STRESSED OUT

**Diagnosis:** APPEARS TO BE IN ACUTE EMOTIONAL DISTRESS
MAY BE AS A RESULT OF, OR CONTRIBUTING TO
PHYSICAL ILLNESS

**Treatment administered:** OFFICER DECLINED TO COME TO
INSTITUTION'S MEDICAL DEPT FOR TREATMENT

**Required follow-up:** TO OUTSIDE MEDICAL facility
ASSUMING: JOHNSON MEMORIAL Hosp.

**Placement after treatment** PER CUSTODY / PHYSICIANS ORDERS

**Observations/remarks:** APPEARS TO BE ANXIETY / STRESS

| | |
|---|---|
| Patient signature UNABLE TO SIGN, Left facility. | Date 4/5/02 |
| Medical staff signature _____ (m Budgie RN) | Date 4/5/02 |
| Custody supervisor signature | Date |



☒ Individual
☐ Summary

# Incident Report - Page 12
### Connecticut Department of Correction

| Unit | WILLARD-CYBULSKI C.I. WILLARD BUILDING | Report No. | | Report Date | 04-10-02 |
|------|------|------|------|------|------|
| Prepared By | Ligenza, Richard | Title | Lieutenant | Signature | |

| Incident Class | 1☐ 1A☐ 2☐ 3☒ | Type | " I " | Time | 6:45 | ☒ A.M. ☐ P.M. | Date | 04-04-02 |
|---|---|---|---|---|---|---|---|---|

On 4-4-02 at 6:45am  As I conducted roll call at the Willard Building I noticed that Officer Richards, Matthew was present. I told Officer Richards that he had I-Dorm at the Cybulski Building. Officer Richards asked how he was going to get to the Cybulski Building. I instructed him to have the Transportation officer pick him up and bring him over. This was because of the pastdirection by my superiors that all staff needing transportation between buildings would not utilize their personal vehicles.
End of statement.



# DEPARTMENT OF CORRECTION
## ROLL CALL NOTICE

### DATE: APRIL 5, 2002

This is to be read at every Roll Call on every shift from APRIL 5, 2002 until and including APRIL 11, 2002.

**ORIGINATED BY:**   NELVIN A. LEVESTER, WARDEN

**APPROVED BY:**   NAL/scg

**SUBJECT: REPORTING FOR DUTY**

This roll call shall supercede any previous direction regarding transportation between buildings. Staff are permitted to utilize their own personal vehicle to report to a respective building based on their post/job assignment.

In the event that an accident occurs, an individual's personal insurance would cover damages to their vehicle and the State of Connecticut via Worker's Compensation, shall be responsible for any injuries sustained while on duty.

You are also reminded that it is each staff person's responsibility to report to his/her assigned area consistent with their duty schedules.

If you have any questions pertaining to this matter, please see your respective supervisor.

|         | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 |     |
|---------|-----|-----|-----|-----|-----|------|------|-----|
|         |     |     |     |     |     |      |      |     |
| 11 – 7  |     |     |     |     |     |      |      |     |
| 7 – 3   |     |     |     |     |     |      |      |     |
| 3 – 11  |     |     |     |     |     |      |      |     |

Note: Each day must be initialed and dated on each shift by a Lieutenant.

E-Mail List –

B. Cuscovitch, Major
P. Brodman, Major
N. Garcia, Major
J. Ellis, Unit Mgr.
S. Thomas, Unit Mgr.
M. Pidgeon, Unit Mgr.
T. Barone, Unit Mgr.
F. Preston, School Principal
N. Rodriguez, Captain
R. Mickiewicz, Captain
W. Chapman, Captain
J. McKinney, Captain
G. Torres, Captain
V. Turner, CHNS
B. Castle, HSA

R. Cheman, Maintenance
M. Chamberlain, Food Services
R. Lambert, Religious Services

Faxed to Lieutenant's Offices for Roll Call Books



STATE OF CONNECTICUT

CORRECTIONS UNIT NP4

GRIEVANCE FORM A

Union Code: WCI/ACCI - **130**
Agency-Fiscal Yr-Series No.
Mgmt. Code:     8/23/01   ACCI MC

NAME OF GRIEVANT  M. Richards                    DIVISION OR UNIT  NP-4

OFFICIAL CLASS TITLE  C/O                        SHIFT ASSIGNMNT    1st    2nd    3rd

DATE OF ALLEGED VIOLATION  8/21/01

SPECIFIC CONTRACT PROVISION VIOLATED (i.e. ARTICLE, SECTION)  Artical 13 sec 6

---

STATEMENT OF GRIEVANCE (FACTS AND ISSUES INVOLVED)

on the above date Lt. Murry came into the control center Looking for a Flag. He found it in the top drawer of a fileing cabinet. When he found it he yelled Hey stupid all you had to do was look MR c/o (use back for additional space)

---

SPECIFIC REMEDY REQUESTED  That Lt. Murry if he has reason to criticize an employee that it be done in a manner as not to embarrass an employee infront of others. (use back for additional space)

I HEREBY DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND I HAVE DESIRE REPRESENTATION IN THIS GRIEVANCE AS FOLLOWS:

☑ MY REPRESENTATION WILL BE  C/o Chapdelaine           ☐ I WILL REPRESENT MYSELF

_Signature of Employee_                          _Signature of Representative_

DATE FILED AT STEP 1:  8/23/01

---

ANSWER AT STEP 1 (INSTITUTION HEAD, WARDEN OR DESIGNEE)

(use back for additional space)

_Signature of Respondent_         _Date of Meeting_         _Date of Response_

Created on 08/31/99

STATE OF CONNECTICUT

CORRECTIONS UNIT NP4

GRIEVANCE FORM A

FOR FISCAL USE ONLY
Union Code: WCI/ACCI - 130
Agency-Fiscal Yr-Series No.
Mgmt. Code:
8/23/01  ACCI  (MC)

NAME OF GRIEVANT **M. Richards**          DIVISION OR UNIT **NP4**

OFFICIAL CLASS TITLE **C/O**          SHIFT ASSIGNMNT   (1st)   2nd   3rd

DATE OF ALLEGED VIOLATION **8/21/01**

SPECIFIC CONTRACT PROVISION VIOLATED (i.e. ARTICLE, SECTION) **Artical 13 sec 6**

STATEMENT OF GREIVANCE (FACTS AND ISSUES INVOLVED)

On the above date Lt. Murry came into the control center Looking for a flag. He found it in the top drawer of a fileing cabinet. When he found it he yelled Hey stupid all you had to do was look →  **MR C/O** (use back for additional space)

SPECIFIC REMEDY REQUESTED **That Lt. Murry if he has reason to criticize an employee that it be done in a manner as not to embarrass an employee infront of others.** (use back for additional space)

I HEREBY DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND I HAVE DESIRE REPRESENTATION IN THIS GRIEVANCE AS FOLLOWS:

☑ MY REPRESENTATION WILL BE **C/o Chapdelaine**          ☐ I WILL REPRESENT MYSELF

_Matt Richards_                              _Chapdelaine_
Signature of Employee                        Signature of Representative

DATE FILED AT STEP 1: **8 123/01**

ANSWER AT STEP 1 (INSTITUTION HEAD, WARDEN OR DESIGNEE)

(use back for additional space)

_____          _____          _____
Signature of Respondent      Date of Meeting          Date of Response

Created on 08/31/99

STATE OF CONNECTICUT

CORRECTIONS UNIT NP4

GRIEVANCE FORM A

FOR OFFICIAL USE ONLY

Union Code: WCI/ACCI - **130**

Agency-Fiscal Yr-Series No.

Mgmt. Code: 8/23/01  ACCI (MC)

NAME OF GRIEVANT _M. Richards_     DIVISION OR UNIT _NP-4_

OFFICIAL CLASS TITLE _C/O_     SHIFT ASSIGNMNT  (1st)   2nd   3rd

DATE OF ALLEGED VIOLATION _8/21/01_

SPECIFIC CONTRACT PROVISION VIOLATED (i.e. ARTICLE, SECTION) _Artical 13 sec 6_

STATEMENT OF GRIEVANCE (FACTS AND ISSUES INVOLVED)

on the above date Lt. Murry came into the control Center Looking For a Flag. He found it in the top drawer of a fileing Cabinet. When he found it he yelled Hey stupid all you had to do was look" → (use back for additional space)

SPECIFIC REMEDY REQUESTED That Lt. Murry if he has reason to criticize an employee that it be done in a manner as not to embarrass an employee infront of others. (use back for additional space)

I HEREBY DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND I HAVE DESIRE REPRESENTATION IN THIS GRIEVANCE AS FOLLOWS:

[✓] MY REPRESENTATION WILL BE _C/O Chapdelaine_     [ ] I WILL REPRESENT MYSELF

_____
Signature of Employee

_____
Signature of Representative

DATE FILED AT STEP 1: _8/23/01_

ANSWER AT STEP 1 (INSTITUTION HEAD, WARDEN OR DESIGNEE)

(use back for additional space)

_____          _____          _____
Signature of Respondent               Date of Meeting                    Date of Response

Created on 08/31/99

☑ Individual
☐ Summary

# Incident Report - Page 1
## Connecticut Department of Correction

CN 6601

3-8-96

| Facility/CSO | WILLARD-CYBULSKI C.I.<br>CYBULSKI BUILDING | Incident location _control center_ | Report no. |
|---|---|---|---|

Prepared By _Richards_    Title _C/O_    Report date _8/21/01_

Incident Class ☐ 1 ☐ 1a ☐ 2 ☐ 3    Type _" "_    Time _8:30_ ☑ a.m. ☐ p.m.

| Inmate Name (last and first) | Hsg Unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | Richards, Matt | W | c/o | V |
| | | | | | Mercy, Mark | B | Lt. | S |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Status code: V = victim, S = suspect, E = escape, R = first employee
Responder, W = inmate witness,    EW = employee witness

Race code:  W =  White,  B =  Black,  H = Hispanic,
N =  Native American,  O =  Other

NARRATIVE: On the above date I was performing my duties in the control center. At approx. 7:45 AM I began a thorough search for the American Flag to hang outside the building. I could not find it and notified Major Garcia. At approx. 8:00 AM Major Garcia entered the control center and began to thoroughly search for the flag and could not find it. At 8:30 AM Lt Mercy entered the control center as I answered a phone call. During the phone conversation Lt. Mercy immediately located the American Flag crumpled up in a file cabinet drawer. At this time he said to me, in a very loud and hostile manner, "Hey stupid, all you had to do is look Matt." After that, he left the control center. This distracted me from my phone conversation and drew the attention of people in the lobby area. I promptly notified Major Garcia of what transpired and informed him that I was greatly distressed and that I felt threatened by his actions. After awhile I began to have heart palpitations and dizziness due to the stress. At 9:30 AM I requested to be relieved because I felt I needed medical assistance. Shortly after that I was properly relieved and went to an outside medical clinic.

| Reporting employee signature | _Richards M_ |
|---|---|

Title _c/o_    Date _8/22/01_

## FOLLOW UP

Property Damage                              Value $

Contraband Recovered

| Physical Force | Chemical Agents | Restraints |
|---|---|---|

Assigned to:    ☐ Protective Custody        ☐ Isolation        ☐ Medical

☐ Administrative Detention        ☐ Outside hospital

☐ 15 – minute watch        ☐ Other:

☑ Individual
☐ Summary

# Incident Report - Page 1
## Connecticut Department of Correction

CN 6601
3-8-96

| Facility/CSO | WILLARD-CYBULSKI C.I. CYBULSKI BUILDING | Incident location *control center* | Report no. |
|---|---|---|---|

| Prepared By *Richards* | Title *C/O* | Report date *8/21/01* |
|---|---|---|

Incident Class ☐ 1 ☐ 1a ☐ 2 ☐ 3    Type " "    Time *8:30* ☑ a.m. ☐ p.m.

| Inmate Name (last and first) | Hsg Unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | Richards, Matt | W | c/o | V |
| | | | | | Merry, Mark | B | Lt. | S |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Status code: V = victim, S = suspect, E = escape, R = first employee Responder, W = inmate witness, EW = employee witness

Race code: W = White, B = Black, H = Hispanic, N = Native American, O = Other

NARRATIVE: On the above date I was performing my duties in the control center. At approx. 7:45 AM I began a thorough search for the American Flag to hang outside the building. I could not find it and notified Major Garcia. At approx. 8:00 AM, Major Garcia entered the control center and began to thoroughly search for the flag and could not find it. At 8:30 AM Lt Merry entered the control center as I answered a phone call. During the phone conversation, Lt. Merry immediately located the American Flag crumpled up in a file cabinet drawer. At this time he said to me in a very loud and hostile manner, "Hey stupid, all you had to do is look Matt." After that, he left the control center. This distracted me from my phone conversation and drew the attention of people in the lobby area. I promptly notified Major Garcia of what transpired and informed him that I was greatly distressed and that I felt threatened by his actions. After a while I began to have heart palpitations and dizziness due to the stress. At 9:30 AM I requested to be relieved because I felt I needed medical assistance. Shortly after that I was properly relieved and went to an outside medical clinic.

| Reporting employee signature | *Richards M* |
|---|---|

| Title *c/o* | Date *8/22/01* |
|---|---|

## FOLLOW UP

Property Damage ........................................... Value $

Contraband Recovered

Physical Force | Chemical Agents | Restraints

Assigned to:
☐ Protective Custody   ☐ Isolation   ☐ Medical
☐ Administrative Detention   ☐ Outside hospital
☐ 15 – minute watch   ☐ Other:

☑ Individual
☐ Summary

# Incident Report - Page 1
## Connecticut Department of Correction

CN 5601

3-8-96

| Facility/CSO | WILLARD-CYBULSKI C.I. CYBULSKI BUILDING | Incident location _control center_ | Report no. |
|---|---|---|---|

| Prepared By _Richards_ | Title _C/O_ | Report date _8/21/01_ |
|---|---|---|

Incident Class ☐ 1 ☐ 1a ☐ 2 ☐ 3    Type " "    Time _8:30_ ☑ a.m. ☐ p.m.

| Inmate Name (last and first) | Hsg Unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | _Richards, Matt_ | W | _c/o_ | V |
| | | | | | _Murry, Mark_ | B | _Lt._ | S |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Status code: V = victim, S = suspect, E = escape, R = first employee Responder, W = inmate witness,   EW = employee witness

Race code: W = White,   B = Black,   H = Hispanic, N = Native American,   O = Other

**NARRATIVE:** On the above date I was performing my duties in the control center. At approx. 7:45AM I began a thorough search for the American Flag to hang outside the building. I could not find it and notified Major Garcia. At approx. 8:00AM, Major Garcia entered the control center and began to thoroughly search for the flag and could not find it. At 8:30AM Lt Murry entered the control center as I answered a phone call. During the phone conversation Lt. Murry immediately located the American Flag crumpled up in a file cabinet drawer. At this time he said to me in a very loud and hostile manner, "Hey stupid, all you had to do is look Matt." After that, he left the control center. This distracted me from my phone conversation and drew the attention of people in the lobby area. I promptly notified Major Garcia of what transpired and informed him that I was greatly distressed and that I felt threatened by his actions. After awhile I began to have heart palpitations and dizziness due to the stress. At 9:30AM I requested to be relieved because I felt I needed medical assistance. Shortly after that I was properly relieved and went to an outside medical clinic.

| Reporting employee signature _Richards M_ |
|---|

Title _C/O_    Date _8/22/01_

## FOLLOW UP

**Property Damage**                                        Value $

**Contraband Recovered**

**Physical Force**            | **Chemical Agents**            | **Restraints**

Assigned to:    ☐ Protective Custody        ☐ Isolation        ☐ Medical
                ☐ Administrative Detention   ☐ Outside hospital
                ☐ 15 – minute watch          ☐ Other:

○ Individual
○ Summary

# Incident Report --- Page 1
### Connecticut Department of Correction

| Facility/CSO Willard/Cybulski C.I (Willard Building) | Incident location B dorm | Report no |

| Prepared by c/o Richards M | Title c/o | Report date 2/15/00 |

| Incident class ○1 ○1a ○2 ○3 | Type | Time 10:40 ○a m ○p m |

| Inmate name (last and first) | Hsg unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | Richards Matt | W | c/o | V |
| | | | | | Rodrigez Nelson | H | Cpt | S |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Status code: V=victim, S=suspect, E=escape, R=first employee
responder, W=inmate witness, EW=employee witness

Race Code: W=white, B=black, H=Hispanic,
N=native American, O=other

Narrative: At the above date and time. Cpt. Rodriguez and Lt Barnett approached this officer through the rear sliding door in B dorm. I c/o Richards stood up. Cpt. Rodriguez asked this officer if this was his permanent post. I stated that I had not been assigned a post and that I have a different post everyday. At this time Lt. Barnett left the dormitory.

Cpt. Rodriguez went on to ask why my floor did not shine like A dorms. I said, "I dont know why"

| Reporting employee signature c/o Richards | |
|---|---|
| Title c/o | Date 2/15/00 |

### FOLLOW-UP

| Property damage | Value $ |
|---|---|
| Contraband recovered | |

| Physical force | Chemical agents | Restraints |
|---|---|---|

Assigned to:
○ Protective custody    ○ Isolation    ○ Medical
○ Administrative detention    ○ Outside hospital:
○ 15-minute watch    ○ Other:

**Connecticut Department of Correction**

| Facility/CSO Willard/Cybulski C. I (Willard Building) | Report no.: | Report date: 2/18/00 |
|---|---|---|
| Prepared by: c/o Richards | Title: c/o | Date: 2/18/00 |
| Incident class: ○ 1 ○ 1a ○ 2 ○ 3 | Type: | Time: 10:40 ○ a.m. ○ p.m. |

Them in a vindictive fashion - with inmates in the vicinity - Cpt. Rodriguez said, "Do you care?"

I was shocked by this question and asked, "what do you mean do I care?" Cpt. Rodriguez asked the same question again. At this point I felt extremely uncomfortable and distressed and said, "What are you getting at?" Then I said, "Yes, I care".

Cpt. Rodriguez then asked me, "Do you know what you can do to make this floor look better?"

I said I did not know. He said, "How about having your janitors work on it longer." and went on to tour the unit.

I, c/o Richards, feel that his implications of a lack of concern have no basis of fact. I feel I am being retaliated against for a previous incident involving Cpt. Rodriguez for inappropriate behavior. I fear for my future in this job and hope that this situation will be rectified.

c/o H. Richards

◯ Individual
◯ Summary

# Incident Report --- Page 1
## Connecticut Department of Correction

CN6601
10 96

| Facility/CSO Willard/Cybulski C.I. (Willard Building) | Incident location _B dorms_ | Report no |
|---|---|---|
| Prepared by _C/O Richards M_ | Title _C/O_ | Report date _2/5/00_ |
| Incident class ◯1 ◯1a ◯2 ◯3 | Type | Time _10:40_ ◯ am ◯ pm |

| Inmate name (last and first) | Hsg unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | _Richards Matt_ | W | _C/O_ | _1_ |
| | | | | | _Rodriguez Nelson_ | H | _Cpt_ | _2_ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Status code: V=victim, S=suspect, E=escape, R=first employee
responder, W=inmate witness, EW=employee witness

Race Code: W=white, B=black, H=Hispanic,
N=native American, O=other

Narrative: _At the above date and time, Cpt. Rodriguez and Lt Barnett_
_approached this officer through the rear sliding door in B house_
_I c/o Richards stood up. Cpt. Rodriguez asked this officer_
_if this was his permanent post. I stated that I had not_
_been assigned a post and that I have a different post_
_everyday. At this time Lt. Barnett left the dormitory._

_Cpt. Rodriguez went on to ask why my Floor_
_did not shine like A dorms. I said, "I don't know why"_

Reporting employee signature _c/o Richards_

| Title _c/o_ | | Date _2/05/00_ |
|---|---|---|

## FOLLOW-UP

| Property damage | Value $ |
|---|---|
| Contraband recovered | |

| Physical force | Chemical agents | Restraints |
|---|---|---|

Assigned to:
☐ Protective custody  ☐ Isolation  ☐ Medical
☐ Administrative detention  ☐ Outside hospital: _____
☐ 15-minute watch  ☐ Other: _____

# Connecticut Department of Correction

| Facility/CSO Willard/Cybulski C. I (Willard Buliding) | Report no.: | Report date: 2/18/00 |
|---|---|---|
| Prepared by: c/o Richards | Title: c/o | Date: 2/18/00 |
| Incident class: ○ 1  ○ 1a  ○ 2  ○ 3 | Type: | Time: 10:40 ● a.m.  ○ p.m. |

They in a vindictive fashion - with inmates in the vicinity - Cpt. Rodriguez said, "Do you care?"

I was shocked by this question and asked, "What do you mean do I care?" Cpt. Rodriguez asked the same question again. At this point I felt extremely uncomfortable and distressed and said, "What are you getting at?" Then I said, "Yes, I care".

Cpt. Rodriguez then asked me, "Do you know what you can do to make this floor look better?" I said I did not know. He said, "How about having your janitors work on it longer." and went on to tour the unit.

I, c/o Richards, feel that his implications of a lack of concern have no basis of fact. I feel I am being retaliated against for a previous incident involving Cpt. Rodriguez for inappropriate behavior. I fear for my future in this job and hope that this situation will be rectified.

c/o W Richards

○ⓥ Individual      **Incident Report --- Page 1**      CN9901
○ Summary      **Connecticut Department of Correction**      14 96

| Facility/CSO  Willard/Cybulski C.I  (Willard Building) | Incident location _B dorm_ | Report no |
|---|---|---|
| Prepared by _c/o Richards M_ | Title _c/o_ | Report date _2/15/02_ |

Incident class  ○1  ○1a  ○2  ○3    Type      Time _10:40_ ○ a m ○ p m

| Inmate name (last and first) | Hsg unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | _Richards Matt_ | W | _c/o_ | _V_ |
| | | | | | _Rodriguez Nelson_ | H | _Cpt_ | _S_ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Status code: V=victim, S=suspect, E=escape, R=first employee responder, W=inmate witness, EW=employee witness

Race Code: W=white, B=black, H=Hispanic, N=native American, O=other

Narrative: _At the above date and time. Cpt. Rodriguez and Lt Barnett approached this officer through the rear sliding door in B dorm. I c/o Richards stood up. Cpt. Rodriguez asked this officer if this was his permanent post. I stated that I had not been assigned a post and that I have a different post everyday. At this time Lt. Barnett left the dormitory._

_Cpt Rodriguez went on to ask why my Floor did not shine like A dorms. I said, "I dont know why."_

| Reporting employee signature _c/o Richards_ | |
|---|---|
| Title _c/o_ | Date _2/15/02_ |

**FOLLOW-UP**

| Property damage | Value $ |
|---|---|
| Contraband recovered | |

| Physical force | Chemical agents | Restraints |
|---|---|---|

Assigned to:    ☐ Protective custody    ☐ Isolation    ☐ Medical

     ☐ Administrative detention    ☐ Outside hospital:

     ☐ 15-minute watch    ☐ Other:

**Connecticut Department of Correction**

| Facility/CSO  Willard/Cybulski C. I (Willard Building) | Report no.: | | Report date: 2/18/00 |
|---|---|---|---|
| Prepared by: c/o Richards | Title: c/o | | Date: 2/18/00 |
| Incident class: ○ 1  ○ 1a  ○ 2  ○ 3 | Type: | | Time: 10:40  ○ a.m.  ○ p.m. |

Then in a vindictive fashion - with inmates in the vicinity - Cpt. Rodriguez said, "Do you care?"

I was shocked by this question and asked, "What do you mean do I care?" Cpt. Rodriguez asked the same question again. At this point I felt extremely uncomfortable and distressed and said, "What are you getting at?" Then I said, "Yes, I care."

Cpt. Rodriguez then asked me, "Do you know what you can do to make this floor look better?"

I said I did not know. He said, "How about having your janitors work on it longer." and went on to tour the unit.

I, c/o Richards, feel that his implications of a lack of concern have no basis of fact. I feel I am being retaliated against for a previous incident involving Cpt. Rodriguez for inappropriate behavior. I fear for my future in this job and hope that this situation will be rectified.

c/o H. Richards