UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW RICHARDS | :NO.: 3:02CV884(DJS) |
| V. | : |
| STATE OF CONNECTICUT, ET AL. | : October 13, 2004 |

## REQUEST FOR RULE 16 SCHEDULING CONFERENCE

The plaintiff respectfully requests a Rule 16 scheduling and planning conference. It has been over one year since the plaintiff has filed an opposition to the defendants' Motion for Summary Judgment. The plaintiff respectfully requests a Rule 16 Conference regarding the status of the Motion for Summary Judgment.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this request for a Rule 16 scheduling conference.

THE PLAINTIFF,

BY:
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar No. ct23073
erinoneilbaker@hotmail.com

## **CERTIFICATION**

      This is to certify that the foregoing has been sent, postage pre-paid, on October 13, 2004 to all counsel and pro se parties of record:


Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


                                                                                      Erin I. O'Neil