UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MATTHEW RICHARDS   :
 Plaintiff,
 v.       : CASE NO. 3:02CV884(DJS)

STATE OF CONNECTICUT  :
DEPARTMENT OF CORRECTIONS,
in their individual and official   :
capacities, WARDEN NEVLIN A.
LEVESTER, LIEUTENANT MARK :
MURRAY, MAJOR PAUL BRADNAN,
and CAPTAIN NELSON RODRIGUEZ :
 Defendants,

JUDGMENT

This action having come on for consideration of defendant's motion for

summary judgment [doc.#34] before the Honorable Dominic J. Squatrito, United States

District Judge, and

The court having considered the motion and the full record of the case including

applicable principles of law, and having filed it's Memorandum of Decision granting the

motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered

in favor of the defendants on Counts One and Two of the complaint.

Count three is dismissed without prejudice.

Dated at Hartford, Connecticut, this 13th day of December, 2004.

KEVIN F. ROWE, Clerk


By _____
   Terri Glynn
   Deputy Clerk