

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 10 A 10: 38
DISTRICT COURT
HARTFORD, CT.

MATTHEW RICHARDS
    PLAINTIFF,

VS.

DEPARTMENT OF CORRECTIONS,
    DEFENDANTS,

: CIVIL ACTION NO.
  3:02-CV-00884(DJS)

:

: JANUARY 10, 2004

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that the plaintiff, Matthew Richards, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment, specifically, the court's granting of the defendants' Motion for Summary Judgment, entered on the 13th day of December, 2004.

THE PLAINTIFF,
MATTHEW RICHARDS

BY: _____
Erin K. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
(860) 233-4215
Fed. ct#: 23073
erinoneilbaker@hotmail.com

## **CERTIFICATION**

I hereby certify that the foregoing was mailed via first class mail on December 10, 2004, to counsel of record and any pro se parties including:

Tammy Geathers
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141

_____
Erin I. O'Neil