**DISTRICT OF CONNECTICUT - HARTFORD**
**NOTICE OF APPEAL COVER MEMO**

DATE: January 12, 2005    TO: Intake Clerk

FROM: FIDELIS BASILE 860-240-3200

CASE TITLE: RICHARDS V. DEPT OF CORRECTIONS

DOCKET NO.: 3:02 CV 884(DJS)

2005 JAN 21  A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE OF APPEAL: filed: December 10, 2004

APPEAL FROM:  final judgment: ✓

interlocutory: __

other: __

DOCKET SHEET: Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

FEE STATUS:   Paid  ✓    Due _____    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge ____

COUNSEL:    CJA _____    Retained  ✓    Pro Se _____

TIME STATUS:   Timely _____   Out of Time _____

MOTION FOR
EXTENSION OF TIME: Granted _____   Denied _____

COA:    Granted _____   Denied _____

COMMENTS AND CORRECTIONS:

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Warden_  DATE: 01/18/05
DEPUTY CLERK, USCA

USCA No. _____.