**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 3/14/05
Docket Number: 05-0324-cv
Short Title: Richards v. Corrections
DC Docket Number: 02-cv-884
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Dominic Squatri

DC/New Haven



At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 14th day of March two thousand five.

Matthew Richards,

   Plaintiff-Appellant,

   v.

Department of Correction, State of Connecticut, Nelvin A. Levester, Warden, I/O, Mark Murray, Lt, I/O, Paul Bradman, Major, I/O, and Nelson Rodriquez, Captain, I/O,

   Defendants-Appellees

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

   The appellant herein not having so proceeded, upon consideration thereof, it is
   ordered that the appeal from the order of 12/13/2004 United States District
   Court for the District of Connecticut be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

By: Satisha Gibbs
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _Satisha Gibbs_
DEPUTY CLERK

CERTIFIED   MAR 1 4 2005