UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW RICHARDS | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:02CV0884 (DJS) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| WARDEN NELVIN A. LEVESTER, | : | |
| LIEUTENANT MARK MURRAY, | : | |
| MAJOR PAUL BRADMAN and | : | |
| CAPTAIN NELSON RODRIQUEZ, | : | |
| *Defendants.* | : | April 4, 2005 |

## MOTION FOR COSTS

Defendants' motion for summary judgment was granted on December 10, 2004 (Doc. # 45). Judgment in this matter was entered on December 13, 2004. (Doc. # 46). The plaintiff filed a timely appeal to the United States Court of Appeals for the Second Circuit on or about January 10, 2005 (Doc. # 47). The plaintiff, however, failed to file Forms C & D in accordance with the rules of the appellate court and the Second Circuit issued a mandate dated March 14, 2005 dismissing the appeal, Docket No. 05-0324-cv. The Second Circuit's mandate has been filed with this court (Doc. # 49).

The dismissal of the appeal by the Second Circuit makes the District Court's judgment final. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in this action in the amount of $2,109.00 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

     b.     The $500.00 bond posted by the plaintiff (Doc. # 38) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in full and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the above.

     The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTIONS,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Tammy D. Geathers
Assistant Attorney General
Federal Bar # ct22426
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 4th day of April, 2005 to all counsel of record.

Erin O'Neil-Baker, Esq.
41-A New London Turnpike
Glastonbury, CT  06033

$\overline{\phantom{aaaaaaaaaaaaaaaaaaaaaaaa}}$
Tammy D. Geathers
Assistant Attorney General

3

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW RICHARDS | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:02CV0884 (DJS) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| WARDEN NELVIN A. LEVESTER, | : | |
| LIEUTENANT MARK MURRAY, | : | |
| MAJOR PAUL BRADMAN and | : | |
| CAPTAIN NELSON RODRIQUEZ, | : | |
| *Defendants.* | : | April 4, 2005 |

## BILL OF COSTS

1. Fees of the Court Reporter ........................................... $ 150.00
    Deposition of Matthew Richards[1], dated
    May 20, 2003 -- bill attached

2. Fees of the Court Reporter …………………………….. $ 735.00
    Deposition of Matthew Richards, dated
    June 2, 2003 – invoice attached

3. Fees of the Court Reporter ……………………………. $ 360.00
    Depositions of Nelson Rodriguez and
    Paul Bradnan, dated February 13, 2003
    invoice attached

4. Fees of the Court Reporter ……………………………. $ 308.25
    Deposition of Mark Murry, dated
    March 20, 2003 – invoice attached

5. Fees of the Court Reporter ………………………….. $ 258.75
    Deposition of Nelvin Levester, dated
    April 30, 2003 – invoice attached

---

[1] Plaintiff and plaintiff's counsel failed to show on this date. Plaintiff counsel made representation that he would make full restitution for the Court Reporter's fee but has failed to do so to defendants' counsel as of this date.

4

6. Fees of the Court Reporter …………………………… $ 119.25
      Deposition of Alberto Saavedra, dated
      May 28, 2003 – invoice attached

7. Fees of the Court Reporter …………………………… $ 177.75
      Deposition of Joyce McKinney, dated
      May 15, 2003 – invoice attached

      **TOTAL**           **$ 2,109.00**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MATTHEW RICHARDS | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:02CV0884 (DJS) |
| | : | |
| vi. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF CORRECTION, | | |
| WARDEN NELVIN A. LEVESTER, | | |
| LIEUTENANT MARK MURRAY, | | |
| MAJOR PAUL BRADMAN and | | |
| CAPTAIN NELSON RODRIQUEZ, | : | |
| *Defendants.* | : | April 4, 2005 |

**CERTIFICATION**

    I, Tammy D. Geathers, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

                                                                                                                      _____
                                                                                                                      Tammy D. Geathers
                                                                                                                      Assistant Attorney General

    Subscribed and sworn to before me by the above affiant on this the _____ day of April, 2005.

                                        _____
                                        Notary Public/Commissioner of the Superior Court