V 18

# Brandon Smith Reporting Service, LLC

**Statement**

**Date**
9/2/2003

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850   Fax: (860) 549-1537

Tammy D. Geathers
Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06106

Phone (860) 808-5050
Fax

| Invoice # | Billed | Job Date | Witness | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| Richards vs DOC | | | | | | $150.00 |
| 4422rr | 5/21/2003 | 5/20/2003 | Richards, Matthew | | Case Total | $150.00 |
| | | | | | Grand Total | $150.00 |

ok to pay 9/3/03
[signature]

**We accept Visa, Mastercard and American Express!**

# Brandon Smith Reporting Service, LLC                                Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, June 06, 2003 | 4694rr |

Tammy D. Geathers
Attorney General
55 Elm Street
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5050    Fax: |
| Witness: | Richards, Matthew |
| Case: | Richards vs DOC |
| Venue: | |
| Case #: | |
| Date: | 6/2/2003 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 6524ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 176 | $695.20 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $770.20 |
| Payments | | $0.00 |
| Balance Due | | $770.20 |


RECEIVED JUN - 9 2003 ATTORNEY GENERAL'S OFFICE

6/9/03
O.K. to pay
Tony Geathers

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express.





**DENISE MANCINI, LSR**
32 OAK DRIVE
WATERTOWN, CT 06795
(860)274-0244
TAX #048704024

# Invoice

Number: **1005**

Date: **March 05, 2003**

**Bill To:**
TAMMY D. GEATHERS, E
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT 06141-0120

**Ship To:**
TAMMY D. GEATHERS, E
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT 06141-0120

| Description | | Tax 1 | Amount |
|---|---|---|---|
| DEPOSITION OF NELSON RODRIQUEZ | 71 pages | ✓ | 144.00 |
| DEPOSITION OF PAUL BRADNAN | 108 pages | ✓ | 216.00 |

| | |
|---|---|
| Sub-Total | $360.00 |
| State Tax 6.00% on 360.00 | 21.60 |
| Total | $381.60 |

Approved for
pymt.
*[signature]*
3/24/03

RECEIVED MAR 1 4 2003 ATTORNEY GENERAL'S OFFICE

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $381.60 | $0.00 | $0.00 | $0.00 | $381.60 |

```
 1                 STATE OF CONNECTICUT                              1

 2                 DISTRICT OF CONNECTICUT

 3

 4

 5

 6                                              COPY

 7

 8   MATTHEW RICHARDS          :
                                :   NO. CV 3:02CV844(DJS)
 9            v.                :
                                :   FEBRUARY 13, 2003
10   STATE OF CONNECTICUT       :

11

12

13

14

15              DEPOSITION OF PAUL BRADNAN

16

17

18

19
                        Denise M. Mancini, LSR
20                      LSR NO. 00357

21

22

23             A+ REPORTING SERVICES

24                10 Ryan Drive
           Wallingford, Connecticut 06492

25              (203) 269-9976
```

RECEIVED MAR 14 2003 ATTORNEY GENERAL'S OFFICE

```
                                                              1
 1              STATE OF CONNECTICUT

 2              DISTRICT OF CONNECTICUT

 3

 4

 5

 6                                           COPY

 7
     MATTHEW RICHARDS           :
 8                              :    NO. CV 3:02CV844(DJS)
             v.                 :
 9                              :    FEBRUARY 13, 2003
     STATE OF CONNECTICUT       :
10                              .

11

12

13

14

15           DEPOSITION OF NELSON RODRIQUEZ

16

17

18

19
                    Denise M. Mancini, LSR
20                  LSR NO. 00357.

21                                      RECEIVED
                                        MAR 1 4 2003
22
                                    ATTORNEY GENERAL'S OFFICE
             A+ REPORTING SERVICES
23
                  10 Ryan Drive
24          Wallingford, Connecticut 06492

25              (203) 269-9976
```