# INVOICE

*mailed to D.O.C.*
*4/22/03*

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
CT LIC. 00076 **************************SS # 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

## ON BEHALF OF A+ REPORTING SERVICES

****************************************************************************************

TO:     OFFICE OF THE ATTORNEY GENERAL         INVOICE DATE: 04/15/03
        55 ELM STREET  P.O. BOX 120
        HARTFORD, CT  06141-0120
        (AAG TAMMY D. GEATHERS)


RE:     03/20/03 DEPOSITION OF MARK MURRY (137 PGS)
        RICHARDS VS. STATE OF CONN., ET AL (3:02CV884-DJS)

****************************************************************************************

                        TRANSCRIPT COPY             $ 308.25
                        APPEARANCE                  $     .00
                                                    $
                                                    $
                        SUBTOTAL                    $ 308.25
                        SALES TAX                   $     .00
                        HANDLING                    $    5.00
                        ─────────────────────────────────────
                        TOTAL                       $ 313.25

*OK To Pay*
*[signature]*
*4/22/03*

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

---

Please tear off stub and return with payment.

DEPOSITION OF:    MARK MURRY
TAKEN ON:         03/20/03
CASE:             MATTHEW RICHARDS VS. STATE OF CONNECTICUT, ET AL.
AMOUNT PAID:

MAIL PAYMENT TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

**A+ Reporting**

P.O. Box 631
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

TG

| Date | Invoice # |
|---|---|
| 6/19/2003 | 11254 |

**Bill To**

Tammy D. Geathers, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| Depo Date | Reporter |
|---|---|
| 4/30/2003 | EF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page | 115 | 2.25 | 258.75 |
| MATTHEW RICHARDS VS. STATE OF CONNECTICUT | | | |
| Depo of Nelvin Levester - 4/30/03 | | | |

| | |
|---|---|
| Sales Tax (6.0%) | $0.00 |
| Total | $258.75 |

**A+ Reporting**

10 Ryan Drive
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

| Date | Invoice # |
|---|---|
| 5/28/2003 | 11225 |

**Bill To**

Tammy D. Geathers, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| Depo Date | Reporter |
|---|---|
| 4/28/2003 | EF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page (copy) | 53 | 2.25 | 119.25T |
| MATTHEW RICHARDS VS. STATE OF CONNECTICUT | | | |
| Depo of Alberto Saavedra - 4/28/03 | | | |

*OK to pay*
*[signature] 6/2/03*

| Sales Tax (6.0%) | $7.16 |
|---|---|
| **Total** | **$126.41** |

TG

## A+ Reporting

10 Ryan Drive
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

| Date | Invoice # |
|---|---|
| 6/4/2003 | 11246 |

**Bill To**

Tammy D. Geathers, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| Depo Date | Reporter |
|---|---|
| 5/15/2003 | NR |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page (copy) | 79 | 2.25 | 177.75T |
| MATTHEW RICHARDS VS. STATE OF CT Depo of Captain Joyce McKinney - 5/15/03 | | | |

*Tam Geath 6/12/03 ok to pay*

| | |
|---|---|
| Sales Tax (6.0%) | $10.67 |
| **Total** | **$188.42** |