# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
CT LIC. 00076 *************************SS # 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

*mailed to D.O.C.*
*4/22/03*

## ON BEHALF OF A+ REPORTING SERVICES

TO: OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET P.O. BOX 120
HARTFORD, CT 06141-0120
(AAG TAMMY D. GEATHERS)

INVOICE DATE: 04/15/03

RE: 03/20/03 DEPOSITION OF MARK MURRY (137 PGS)
RICHARDS VS. STATE OF CONN., ET AL (3:02CV884-DJS)

| | |
|---|---|
| TRANSCRIPT COPY | $ 308.25 |
| APPEARANCE | $ .00 |
| | $ |
| | $ |
| SUBTOTAL | $ 308.25 |
| SALES TAX | $ .00 |
| HANDLING | $ 5.00 |
| **TOTAL** | **$ 313.25** |

*OK to pay*
*[signature] 4/22/03*

TOTAL DUE AND PAYABLE UPON RECEIPT
THANK YOU

**Please tear off stub and return with payment.**

DEPOSITION OF: MARK MURRY
TAKEN ON: 03/20/03
CASE: MATTHEW RICHARDS VS. STATE OF CONNECTICUT, ET AL.
AMOUNT PAID:

MAIL PAYMENT TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

# A+ Reporting

P.O. Box 631
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

| Date | Invoice # |
|---|---|
| 6/19/2003 | 11254 |

**Bill To**

Tammy D. Geathers, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| Depo Date | Reporter |
|---|---|
| 4/30/2003 | EF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page | 115 | 2.25 | 258.75 |
| MATTHEW RICHARDS VS. STATE OF CONNECTICUT | | | |
| Depo of Nelvin Levester - 4/30/03 | | | |

| | |
|---|---|
| Sales Tax (6.0%) | $0.00 |
| Total | $258.75 |

# A+ Reporting

10 Ryan Drive
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

| Date | Invoice # |
|---|---|
| 5/28/2003 | 11225 |

**Bill To**

Tammy D. Geathers, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| Depo Date | Reporter |
|---|---|
| 4/28/2003 | EF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page (copy) | 53 | 2.25 | 119.25T |
| MATTHEW RICHARDS VS. STATE OF CONNECTICUT | | | |
| Depo of Alberto Saavedra - 4/28/03 | | | |

*OK to pay*
*[signature] 6/2/03*

| | Sales Tax (6.0%) | $7.16 |
|---|---|---|
| | **Total** | $126.41 |

76

# A+ Reporting

10 Ryan Drive
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

| Date | Invoice # |
|---|---|
| 6/4/2003 | 11246 |

**Bill To**

Tammy D. Geathers, Esq.
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| Depo Date | Reporter |
|---|---|
| 5/15/2003 | NR |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page (copy) | 79 | 2.25 | 177.75T |
| MATTHEW RICHARDS VS. STATE OF CT Depo of Captain Joyce McKinney - 5/15/03 | | | |

*Tam Geathers 6/12/03 ok to pay*

| | |
|---|---|
| Sales Tax (6.0%) | $10.67 |
| **Total** | **$188.42** |