UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW RICHARDS | : | |
| | : | |
| Vs. | : | CASE NO. 3:02CV884 (DJS) |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT | : | |
| OF CORRECTION, WARDEN NEVLIN A. | : | |
| LEVESTER, LIEUTENANT MARK MURRAY, | : | |
| MAJOR PAUL BRADMAN and CAPTAIN | : | |
| NELSON RODRIGUEZ | : | |

<u>RULING ON DEFENDANTS' MOTION FOR COSTS</u>

Judgment entered for the defendants on December 13, 2004, after a ruling entered granting the defendants' motion for summary judgment. Plaintiff filed a notice of appeal on January 10, 2005. A mandate was filed on March 21, 2005, dismissing the appeal. Defendants filed a motion for costs on April 4, 2005. The defendants are the prevailing parties and are therefore entitled to costs. For the reasons stated below, defendants' motion for costs is granted in part and denied in part.

<u>FEES OF THE COURT REPORTER</u>: Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate, pursuant to Local Rule 54(c)2. Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment, pursuant to Local Rule 54(c)2(ii). Defendants submitted a claim in the amount of $2,109.00, which included invoices for the deposition of Matthew Richards on May 20, 2003, in the amount of $150.00 and on June 2, 2003, in the amount of $735.00. Defendants state that neither the plaintiff nor plaintiff's counsel appeared at the deposition on May 20, 2003,

and therefore no deposition transcript was actually generated.  Depositions for named parties must meet the same criteria as any other witness and when no deposition transcript is generated, the claim fails to meet the essential criteria for allowing the cost.  Therefore, unless counsel can provide statutory and/or recent case law to support allowing costs for scheduled depositions where the deponent fails to appear and no transcript is generated, the court must disallow the $150 portion of the claim.  The remaining amount of $735 is allowed.  Defendants' claims for the depositions of Nelson Rodriguez and Paul Bradnan in the amount of $360.00, Mark Murray in the amount of $308.25, Nelvin Levester in the amount of $258.75, Alberto Saavedra in the amount of $119.25, and Joyce McKinney in the amount of $177.75 are allowed as submitted.  A review of the court record reflects that all of these claimed depositions were used in support of defendants' motion for summary judgment.

B.  <u>SUMMARY</u>: For the reasons previously stated, the defendants' motion for costs is allowed as follows:

|  |  |
|---|---|
| FEES OF THE COURT REPORTERS | <u>$  1,959.00</u> |
| TOTAL | $  1,959.00 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the pending judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 29th day of July 2005.

KEVIN F. ROWE, CLERK


By:_____/s/lik_____
          Linda I. Kunofsky
          Deputy-in-Charge