UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW RICHARDS | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:02CV0884 (DJS) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| WARDEN NELVIN A. LEVESTER, | : | |
| LIEUTENANT MARK MURRAY, | : | |
| MAJOR PAUL BRADMAN and | : | |
| CAPTAIN NELSON RODRIQUEZ, | : | |
| *Defendants.* | : | August 8, 2005 |

## MOTION FOR ORDER FORFEITING BOND

COMES NOW the defendants and request that the Court issue an order consistent with its ruling on July 29, 2005 (Doc. # 51) that the plaintiff forfeit the $500.00 bond (Doc. # 38, dated July 28, 2003) posted by the plaintiff as partial satisfaction for costs assessed against the plaintiff in the above-captioned matter. The defendants represent as follows:

1. Defendants' Motion for Summary Judgment was granted on December 10, 2004 (Doc. # 45) and Judgment was entered on December 13, 2004 (Doc. # 46).

2. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned matter, filed their motion for costs on April 4, 2005 (Doc. # 50).

3. The motion was granted in part and denied in part on July 29, 2005 (Doc. # 51) in the amount of $1,959.00.

**WHEREFORE**, the defendants respectfully request the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct

payment to the Office of the Attorney General as partial satisfaction for the costs of $1,959.00 that have been assessed in the above-captioned matter.

                                              DEFENDANTS
                                              STATE OF CONNECTICUT,
                                              DEPARTMENT OF CORRECTIONS,
                                              ET AL.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

BY: _____
       Tammy D. Geathers
       Assistant Attorney General
       Federal Bar # ct22426
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       E-mail: Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Order Forfeiting Bond** was mailed, U.S. mail first class postage prepaid, this _____ day of August, 2005 to all counsel of record.

Erin O'Neil-Baker, Esq.
41-A New London Turnpike
Glastonbury, CT  06033

_____
Tammy D. Geathers
Assistant Attorney General